**Order entered August 21, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00199-CR
### No. 05-15-00221-CR

**ROBERT WORLEY KYRIAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court At Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause Nos. 31131CC, 12CL-1053**

## ORDER

The reporter's record filed in these cases consists of a single volume reporting the punishment hearing held on February 11, 2015. The record does not include a record of the plea hearing held on July 14, 2014.

We **ORDER** Official Court Reporter Scott Smith to file, within **THIRTY** days of the date of this order, a supplemental reporter's record that will include the plea hearing held on July 14, 2014. In the event no notes are available to transcribe into the requested supplemental reporter's record, Smith is **ORDERED** to file a letter stating that the requested supplemental reporter's record cannot be filed.

We **DIRECT** the Clerk of the Court to send a copy of this order by electronic transmission to Scott Smith, official court reporter of the County Court at Law No. 1.

/s/     LANA MYERS
           JUSTICE